UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

DEC 18 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

JEFF DAVIS,

Plaintiff,

v.

CMC IRONWORKS, INC.,
AND CHRISTOPHER CARVER,
INDIVIDUALLY

Defendants.

Civil Action No.:
2:17-cv-00015-RWS

---

## ORDER APPROVING FLSA SETTLEMENT

This matter is now before the Court on the parties Joint Motion for Approval of a Fair Labor Standards Act Settlement and to dismiss claims.  For the reasons stated below, the motion is **GRANTED**.

In his Complaint, Plaintiff alleges a claim against Defendants for unpaid wages pursuant to the Fair Labor Standard Act, 29 U.S.C. § 201, *et seq.*, ("FLSA").  The parties have informed the Court that, after engaging in written discovery and evaluating the merits of the case and the uncertainties of litigation, they reached a settlement of this claim. Pursuant to *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982); however, the Court is required to review the parties' settlement agreement.

In conducting this review, a district court must "scrutiniz[e] the settlement for fairness," and determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 352-53. A settlement entered into in an adversarial context where both sides are represented by counsel throughout the litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354. Here, the parties acknowledge there is a *bona fide* dispute regarding Plaintiff's claims. However, the parties represent that they have been able to reach a settlement agreement with respect to these claims. In this regard, the Plaintiff acknowledges that the amounts that are to be paid to him under the settlement agreement fairly and fully compensate him for a portion of the wages allegedly owed to him by the Defendants, as well as for his attorney's fees incurred in connection with the claims, all remaining amounts being subject to strong defenses that suggest an outcome that is far from certain. In exchange for these payments, Plaintiff has agreed to a release of claims against the Defendants and to dismiss his Complaint for damages and this civil action in its entirety, with prejudice.

The Court has reviewed the settlement agreement executed by the parties and, based on the contents therein and the representations of the parties, finds that

the compromise reached is a fair and reasonable resolution of the dispute. Therefore, it is **ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of a Fair Labor Standards Act Settlement is **GRANTED**, that the Court **APPROVES** the settlement agreement between the parties, and **ORDERS** that Plaintiff's Complaint for Damages and this civil action in its entirety is hereby **DISMISSED WITH PREJUDICE**.

It is so **ORDERED** this _18Th_ day of _Dec._, 2017.

HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT COURT JUDGE

[3]